

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOLIE DESIGN & DÉCOR, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 15-0740 |
| KATHY VAN GOGH | SECTION: "S"(5) |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation, and the failure of the Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that the Plaintiff's motion to set costs and attorneys' fees is granted in part and that Plaintiff is awarded $531.74 in costs and $16,605 in attorneys' fees, for a total award of $17,136.74.

New Orleans, Louisiana, this 7 day of September, 2016.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE